U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

JUL 27 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **CLEVELAND TROY BIAS** **LA. DOC #247758** | **CIVIL ACTION NO. 6:15-cv-0630** |
| VS. | SECTION P |
| | JUDGE RICHARD T. HAIK, SR. |
| **WARDEN JEFF WENDOM** | MAGISTRATE C. MICHAEL HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d), and because all claims are procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24th day of July, 2015.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE